UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANGHUEI LIANG, et al., | No. 2:20-cv-1990 JAM DB PS |
| Plaintiffs, | |
| v. | ORDER |
| MICKEY ANDERSON, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 29, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 29, 2021 (ECF No. 3) are adopted in full;

2. Plaintiff Kuanghuei Liang's October 5, 2020 application to proceed in forma pauperis (ECF No. 2) is denied;

3. Plaintiffs' October 5, 2020 complaint (ECF No. 1) is dismissed without prejudice; and

4. This action is dismissed.

DATED: June 28, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE